IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY J. SANDERS,<br><br>        Petitioner,<br><br>vs.<br><br>RICHARD CRUICKSHANK, Warden Nebraska Penitentiary; and SCOTT R. FRAKES, Director Nebraska Department of Correctional Services;<br><br>        Respondents. | 4:17CV3020<br><br>**MEMORANDUM AND ORDER** |

On the court's own motion, Claim One in the court's April 4, 2017 (Filing No. 4), is amended to include Neb. Const. art. III, § 18 (prohibition on special legislation)[1] in order to accurately reflect Petitioner's Ground One as stated in his habeas petition (*See* Filing No. 1 at CM/ECF p. 8). Accordingly,

IT IS THEREFORE ORDERED that: Claim One is amended to read:

Petitioner was denied effective assistance of counsel *because* (1) trial and appellate counsel (same counsel) failed to motion to quash the Information on the grounds that Neb. Rev. Stat. § 28-1212.04 is facially unconstitutional under Neb. Const. art. III, § 18 and under equal protection, and (2) trial and appellate counsel (same counsel) failed to file a motion to suppress the illegal search and seizure of Petitioner and his passenger, as well as the illegal search of Petitioner's vehicle.

---

[1] The court infers that it was a typo when Petitioner cited art. I rather than art. III.

Dated this 7th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge